UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN D. MURPHY, </br></br>            Plaintiff, </br></br> vs. </br></br> SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; DOES 1 THROUGH 50, </br></br>            Defendants. | Case No. CV 08-6158-SJO(RC) </br></br> ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that: (1) the Report and Recommendation IS APPROVED AND ADOPTED; and (2) Judgment shall be entered dismissing the complaint and action without prejudice under Fed. R. Civ. P. 4(m).

//

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of
2 this Order and the Magistrate Judge's Report and Recommendation by
3 the United States mail on plaintiff.

4         4/7/09
5 DATED: _____          *S. James Otero* (signature)
6                                          _____
7                                              S. JAMES OTERO
                                          UNITED STATES DISTRICT JUDGE

8 R&R\08-6158.ADO
  3/10/09