```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


WARREN D. MURPHY,              ) Case No. CV 08-6158-SJO(RC)
                               )
          Plaintiff,           )
                               )
vs.                            ) JUDGMENT
                               )
SANTA BARBARA COUNTY SHERIFF'S )
DEPARTMENT; CALIFORNIA         )
DEPARTMENT OF CORRECTIONS AND  )
REHABILITATION; DOES 1 THROUGH )
50,                            )
                               )
          Defendants.          )
_____)
```

   IT IS ADJUDGED that Judgment shall be entered dismissing the complaint and action without prejudice under Fed. R. Civ. P. 4(m).

DATED: _____April 7, 2009_____

_____
     S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&R\08-6158.jud
3/10/09